LAW OFFICE OF
# PETER A. ROMERO

Peter A. Romero
promero@romerolawny.com

David D. Barnhorn
dbarnhorn@romerolawny.com

August 4, 2021

**VIA ECF**

Hon. Gary R. Brown
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:     Hernandez v. Scanapico's Landscaping LLC et al.
        20-CV-02535 (GRB) (SIL)

Dear Judge Brown:

        This firm represents the Plaintiff in the above-referenced action. On August 3, 2021, the Court tentatively approved the parties' proposed settlement as to Plaintiff Hernandez. Today, the parties filed a Stipulation of Dismissal with Prejudice with respect to Plaintiff Hernandez in accordance with the Settlement Agreement, as well as a Stipulation of Dismissal *without* Prejudice as to Plaintiff Mariano Garcia Perez. The parties have not executed a settlement agreement concerning Plaintiff Perez and no money has been or will be exchanged in consideration for the execution and filing of the Stipulation of Dismissal without Prejudice.

        We thank the Court for its time and consideration of the parties' proposed settlement.

                                        Respectfully submitted,

                                        */s Peter A. Romero, Esq.*
                                        PETER A. ROMERO

cc:     All counsel of record